**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**LOUIS CONWAY,**

**Plaintiff,**

**v.**

**JASMINE LeCOUNT McCLANAHAN, et al.,**

**Defendants.**

**Case No. 2:26-cv-02514-JMK-JBW**

## MEMORANDUM AND ORDER

Plaintiff Louis Conway filed this action pro se. He named fifty-five individuals as defendants. The Complaint contains two paragraphs of factual allegations, which are restated in their entirety here:

1. Defendants are involved in a multi-district network, which are subjected to supervision and control of federal agents.
2. The Court has power to direct control in accordance with the manual.

Doc. 1 at 1.

These allegations fail to state a claim upon which relief can be granted. The Complaint does not identify a basis for federal jurisdiction or for personal jurisdiction over any defendant. The Complaint does not provide any details as to what Conway is claiming or what injury he has suffered. The Complaint does not identify any statutory or constitutional basis for relief. The Court summarily dismisses Plaintiff's Complaint because it fails to state a claim, fails to comply with Rule 8, and does not establish subject-matter jurisdiction. *Ross v. Campanelli*, 2026 WL 900034 (D. Kan. Apr. 1, 2026).

This Court is not the only one graced with Conway's frivolous suit. Two identical suits were dismissed by the District of Nevada and the Middle District of Georgia. *See Conway v. ECF*,

2026 U.S. Dist. LEXIS 198264 (D. Nev. Sept. 2, 2026); *Conway v. McClanahan*, 2026 U.S. Dist. LEXIS 199152 (M.D. Ga. Sept. 2, 2026). And a Pacer search indicates that, in the past week, Conway has filed similar suits in at least nine other federal district courts. Conway is advised that future abuse of the judicial process in this jurisdiction will likely result in filing restrictions.

THE COURT THEREFORE ORDERS that this case is summarily dismissed.

IT IS FURTHER ORDERED that Plaintiff's pending Motion for Leave to Proceed in Forma Pauperis (Doc. 2) is denied as moot.

This case is closed.

IT IS SO ORDERED.

Dated: September 3, 2026

s/ Jeffrey M. Kuhlman
JEFFREY M. KUHLMAN
UNITED STATES DISTRICT JUDGE